## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOHN HIGH,                          )
                                    )
                 Plaintiff,         )
v.                                  )          NO. CIV-12-0969-HE
                                    )
CAROLYN W. COLVIN,                  )
Acting Commissioner                 )
of Social Security Administration,  )
                                    )
                 Defendant.         )

### ORDER

Plaintiff John M. High filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his applications for disability insurance and supplemental security income benefits.  Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who recommends that the decision of the Commissioner be affirmed.  Objections to the magistrate judge's Report and Recommendation were due by August 14, 2013.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed  United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)).  Accordingly, the court **ADOPTS** Magistrate Judge Purcell's Report and Recommendation [Doc. #18], and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED**.

Dated this 26th day of August, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE